**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DENNIS P TOLSTON                                   Case No.: 08-04572

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2008.

2) This case was confirmed on 04/28/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/27/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/04/2009, 10/05/2009.

5) The case was dismissed on 11/09/2009.

6) Number of months from filing to the last payment:  17

7) Number of months case was pending:  24

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $      750.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
         Total paid by or on behalf of the debtor          $    3,220.00
         Less amount refunded to debtor                    $         .00
 NET RECEIPTS                                              $    3,220.00
================================================================================


================================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan             $    2,982.18
         Court Costs                                       $         .00
         Trustee  Expenses and Compensation                $      237.82
         Other                                             $         .00

 TOTAL EXPENSES OF ADMINISTRATION                          $    3,220.00

 Attorney fees paid and disclosed by debtor                $         .00
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor              Claim          Claim          Claim        Principal      Int.
  Name        Class    Scheduled      Asserted       Allowed       Paid          Paid

 INTERNAL REVENUE SER  PRIORITY      1,183.28       3,969.83      3,969.83          .00          .00
 INTERNAL REVENUE SER  UNSECURED     4,946.97       5,722.58      5,722.58          .00          .00
 CAPITAL ONE           UNSECURED       815.50         932.02        932.02          .00          .00
 NATIONWIDE ACCEPTANC  UNSECURED     2,400.00       1,483.39      1,483.39          .00          .00
 LOAN EXPRESS CO       UNSECURED       400.00         372.00        372.00          .00          .00
 FIRST AMERICAN CASH   UNSECURED     1,962.09       2,186.27      2,186.27          .00          .00
 ROUNDUP FUNDING LLC   UNSECURED       580.00         960.07        960.07          .00          .00
 CASH CALL             UNSECURED     5,000.00             NA            NA          .00          .00
 CITY OF CHICAGO PARK  UNSECURED     1,700.00       2,000.00      2,000.00          .00          .00
 ILLINOIS SECRETARY O  OTHER               NA             NA            NA          .00          .00
 PRA RECEIVABLES MANA  UNSECURED       642.10         683.66        683.66          .00          .00
 PREMIER BANK CARD     UNSECURED       397.74         520.71        520.71          .00          .00
 PREMIER BANK CARD     UNSECURED       380.00         394.13        394.13          .00          .00
 ILLINOIS LENDING PAY  UNSECURED     1,600.00       1,746.59      1,746.59          .00          .00
 JP MORGAN CHASE BANK  UNSECURED       500.00             NA            NA          .00          .00
 PARK MANAGEMENT & IN  UNSECURED           NA             NA            NA          .00          .00
 ECAST SETTLEMENT COR  UNSECURED       450.00         485.68        485.68          .00          .00
 SPRINT                UNSECURED       150.00             NA            NA          .00          .00
 SURETY FINANCE        UNSECURED       400.00         547.00        547.00          .00          .00
 TURNER ACCEPTANCE     UNSECURED       991.54             NA            NA          .00          .00
 UNIVERSAL LENDERS     UNSECURED     1,550.00       1,784.78      1,784.78          .00          .00
 TRIAD FINANCIAL CORP  SECURED      17,500.00      19,711.81           .00          .00          .00
 TRIAD FINANCIAL CORP  UNSECURED     2,500.00      12,042.38     12,042.38          .00          .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor              Claim          Claim         Claim      Principal    Int. |
|   Name        Class   Scheduled     Asserted      Allowed       Paid      Paid  |
|                                                                                |
| YOLANDA TOLSON        OTHER           NA            NA           NA         .00       .00 |
| TEXAS CHILD SUPPORT   PRIORITY        NA            NA           NA         .00       .00 |
| NATIONWIDE ACCEPTANC  SECURED         NA          324.60         .00        .00       .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,969.83 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,969.83 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 31,861.26 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,220.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 3,220.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   02/22/2010                           /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**